IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHRYN L. JAEGER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 3:05-cv-479-MJR |
| | ) |
| CLEAR WING PRODUCTIONS, INC. and | ) |
| EVENT RESOURCES PRESENTS, INC., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion for Leave to File Cross-claim filed by the defendant, Event Resources Presents, Inc., on May 24, 2006 (Doc. 25). The motion is **GRANTED**. The cross-claim that Event Resources Presents seeks to file against Clear Wing Productions arises from the same occurrence as the claims alleged in the complaint – namely, the plaintiff's tripping over wires and cables allegedly under the control and maintained by the defendants. No party has objected to the filing of the cross-claim and discovery has not been closed. Event Resource's cross-claim also appears to be similar to Clear Wing Production's cross-claim in that both claims seek contribution. The cross-defendant **SHALL** file its cross-claim by June 22, 2006.

**DATED: June 16, 2006**

                                              <u>s/ Donald G. Wilkerson</u>
                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**